Seldon R. GLENN, Individually and as Collector of Internal Revenue for the District of Kentucky, Appellant, v. BURLEY TOBACCO WAREHOUSE, Inc., M. R. Vance, F. T. Cantrell, P. L. Edwards and N. V. Edwards, Appellees.

No. 11791.

United States Court of Appeals Sixth Circuit.

Oct. 21, 1953.

J. Leonard Walker, U. S. Atty., Charles F. Wood, Asst. U. S. Atty., Louisville, Ky., H. Brian Holland, Ellis N. Slack and John J. Kelley, and S. Dee Hanson, Washington, D. C., for appellant.

Earl S. Wilson, and W. Howard Clay, Louisville, Ky., for appellees.

Before ALLEN, MARTIN and Mc-ALLISTER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel;

And it appearing that the controlling question is whether the sale of a certain tobacco warehouse was negotiated and contracted for by the Burley Tobacco Warehouse, Inc., a corporation, or by its stockholders;

And it appearing that the trial court upon consideration of the entire transaction determined that a sale by the corporation was not intended, that the stockholders and directors had held a meeting to consider the propriety of dissolving the corporation within the year, that negotiation for sale on behalf of the corporation was never authorized, that the property was conveyed by the corporation to the stockholders prior to the sale and by the stockholders deeded to the purchasers, that payment was made directly to the stockholders;

And the findings of the District Court being supported by substantial evidence;

And no reversible error appearing in the record;

It is ordered that the judgment, 106 F.Supp. 949, be and it hereby is affirmed upon the authority of the United States v. Cumberland Public Service Co., 338 U.S. 451, 70 S.Ct. 280, 94 L.Ed. 251.

PERFECLITE COMPANY, Appellant, v. STOKES ELECTRIC COMPANY, Appellee.

No. 11799.

United States Court of Appeals Sixth Circuit.

Oct. 23, 1953.

Carty & Kreis, Knoxville, Tenn., and Addams & Bayer, Cleveland, Ohio, for appellant.

Egerton, McAfee, Armistead & Davis, Knoxville, Tenn., for appellee.

Before SIMONS, Chief Judge, and Mc-ALLISTER and MILLER, Circuit Judges.

PER CURIAM.

While various questions of pleading and practice are submitted on this appeal, the only substantial question here for determination is whether, upon the complaint and the amended complaint, as well as upon the record, appellant has stated a cause of action against appellee.

Upon due consideration of the record, the briefs of the parties, and the arguments of counsel in open court, it is ordered, adjudged, and decreed that the order of the district court denying the amendment to the original complaint and the order of dismissal of the original complaint be and are hereby affirmed for the reasons set forth by the district court in its opinion dismissing the original complaint.